**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LAURA GONZALES, <br><br> Plaintiff, <br><br> v. <br><br> ALFREDO LINARES, INC. d/b/a SUPER-MERCADO LA CHIQUITA, INC., <br><br> Defendants. | Case No. 1:18-cv-03692 |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) Plaintiff and Defendant jointly stipulate to dismissal of this case, and all parties, and all claims asserted therein **without prejudice**, and the parties shall bear their own costs and expenses incurred in this matter.

Respectfully submitted,

*/s/ Garret S. DeReus*
Garret S. DeReus (LA # 35105)
**BIZER & DEREUS LLC**
3319 St. Claude Ave.
New Orleans, LA 70117
504-619-9999
504-948-9996 (Fax)
gdereus@bizerlaw.com

**CHARLES E. MCELVENNY**
*Designated Local Counsel / Trial Bar Atty.*
Charles McElvenny (IL # 6281350)
53 W. Jackson Blvd.
Suite 401
Chicago, IL 60604
312-291-8330(o)
charlie@cemlawfirm.com

**Attorneys for Plaintiff Laura Gonzales**

*/s/ Matthew J. Sheahin*
**LAVELLE LAW, LTD**
Matther J. Sheahin (ARDC# 6243872)
Jennifer B. Tee (ARDC# 6292487)
Lance C. Ziebell (ARDC# 6298037)
141 W. Jackson Blvd., Ste. 2800
Chicago, IL 60604
312-888-4111
312-658-1430 (Fax)
msheahin@lavellelaw.com
jtee@lavellelaw.com
lziebell@lavellelaw.com

**Attorneys for Defendant Alfredo Linares, Inc.**

**CERTIFICATE OF SERVICE**

  I hereby certify that on 27th day of August, 2018 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

              */s/ Garret S. DeReus*
              GARRET S. DEREUS